UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Crim. No. 25-263 (PAM/DJF)

        Plaintiff,

v.  **ORDER**

Macario Cruz-Hernandez,

        Defendant.

_____

This matter is before the Court on the Government's Motion to Dismiss. The Government seeks to dismiss the Indictment as to Defendant Macario Cruz-Hernandez under Fed. R. Crim. P. 48(a).

Accordingly, **IT IS HEREBY ORDERED that:**

1. The Government's Motion to Dismiss (Docket No. 26) is **GRANTED**; and

2. The Indictment against Defendant Macario Cruz-Hernandez is **DISMISSED**.

Dated: September 11, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge